MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
EVAN T. WOZNIAK, ESQ.
Nevada Bar No. 15676
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue
Las Vegas, NV 89102
Telephone - (702) 333-3673
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.: 2:21-mj-1038-BNW |
| vs. | Stipulation to Continue Bench Trial (First Request) |
| BRET ALLEN BARTAK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, ESQ., Acting United States Attorney, and JEAN N. RIPLEY, ESQ., Assistant United States Attorney, counsel for the United States of America, and EVAN T. WOZNIAK, ESQ., counsel for the defendant, that the bench trial in the above-captioned matter, currently scheduled for February 23, 2022 at the hour of 9:00 a.m., be vacated and continued to March 14, 2022 at the hour of 9:00 A.M.; a date provided by the court.

This stipulation is entered into for the following reasons:

1. The parties need additional time to explore a pretrial resolution.

2. Defendant is out of custody and agrees to the continuance.

1

3. Denial of this request for a trial continuance would prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for continuance of the trial in this case.

DATED this 17th day of February, 2022.

Respectfully Submitted,

_____
EVAN T. WOZNIAK, ESQ.
Attorney for Defendant

/s/ Jean N. Ripley
JEAN N. RIPLEY
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:21-mj-1038-BNW |
| Plaintiff, | |
| vs. | Order Continuing Bench Trial |
| BRET ALLEN BARTAK, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for February 23, 2022, at the hour of 9:00 a.m. be vacated and continued to March 14, 2022 at 9:00 a.m.

DATED: February 22, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**