MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
EVAN T. WOZNIAK, ESQ.
Nevada Bar No. 15676
LAS VEGAS DEFENSE GROUP, L.L.C.
2970 W. Sahara Avenue
Las Vegas, NV 89102
Telephone - (702) 333-3673
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO.:  2:21-mj-1038-BNW** |
| | ) | |
| vs. | ) | **MOTION TO CLOSE CASE EARLY** |
| | ) | |
| | ) | |
| **BRET ALLEN BARTAK,** | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, BRET ALLEN BARTAK, by and through his attorneys, MICHAEL L. BECKER, ESQ. and EVAN T. WOZNIAK, ESQ., respectfully requests that the above-entitled matter be placed on the calendar for purposes of satisfaction of all requirements and closure of this case.

This Motion is made and based upon the papers filed herein and oral argument, if any, at the time of the hearing of this matter.

Date: 11/3/22

EVAN T. WOZNIAK, ESQ.
Nevada Bar No. 15676
Attorney for Defendant

1

## NOTICE OF MOTION

TO:     UNITED STATES OF AMERICA, Plaintiff; and

TO:     UNITED STATES ATTORNEY, attorney for Plaintiff.

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the undersigned will bring the foregoing Motion on for hearing before the Court at the Courtroom of the above-entitled Court on the _____ day of _____ 2022, at _____.m.

Date: 11/3/22

EVAN T. WOZNIAK, ESQ.
Nevada Bar No.: 15676
Attorney for Defendant

///
///
///
///
///
///
///
///
///
///
///
///

2

## DECLARATION OF EVAN T. WOZNIAK, ESQ.

Pursuant to NRS 53.045, EVAN T. WOZNIAK, ESQ., declares under penalty of perjury that the foregoing is true and correct:

1. I am an attorney duly licensed to practice law in the State of Nevada and I am an associate attorney for MICHAEL L. BECKER, ESQ., counsel for BRET ALLEN BARTAK (hereinafter "Mr. Bartak").   I make this declaration based upon my knowledge except to those matters stated upon information and belief, and as to those matters, I believe them to be true;

2. That on or about March 14, 2022, Mr. Bartak entered a guilty plea to one count of Operating a Motor Vehicle while Under the Influence of Alcohol, a Class B Misdemeanor;

3. That pursuant to negotiations, Mr. Bartak must pay for a fine of $510.00, complete a DUI School, complete a Victim Impact Panel class, complete an 8-hour Alcohol Awareness class, stay away from Lake Mead National Recreation area, and stay out of trouble for the pendency of the case;

4. That Mr. Bartak has complied with all of his requirements (*See* Exhibit A);

5. That counsel respectfully requests that this Honorable Court place this matter on calendar for closing the case early.

**Pursuant to NRS 53.045, EVAN T. WOZNIAK, ESQ., declare under perjury that the foregoing is true and correct.**

Executed on November 3, 2022

### ORDER

IT IS ORDERED that ECF No. 15 is GRANTED in part and DENIED in part. It is granted to the extent that the Court hereby closes this case. It is denied to the extent Defendant requested a hearing.

IT IS SO ORDERED
DATED: 10:33 am, November 17, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

EVAN T. WOZNIAK, ESQ.
Nevada Bar No. 15676
Attorney for Defendant

3

### CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **MOTION TO CLOSE CASE EARLY** was made this 4th day of November, 2022 upon the appropriate parties hereto by electronic filing using the ECF system which will send a notice of electronic filing to the following and/or by facsimile transmission to:

JEAN N. RIPLEY, ESQ.
Assistant United States Attorney
Jean.Ripley@usdoj.gov

_____
An Employee of Las Vegas Defense Group, L.L.C.

# EXHIBIT "A"

# USA V. BRET ALLEN BARTAK

# 2:21-MJ-1038-BNW

# RECEIPT OF PAYMENT DATED 03/14/2022

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS000120
Cashier ID: hmagenni
Transaction Date: 03/14/2022
Payer Name: Bret Allen Bartak

CRIMINAL DEBT
  For: Bret Allen Bartak
  Case/Party: D-NVX-2-21-MJ-001038-001
  Amount:          $510.00

CREDIT CARD
  Amt Tendered:   $510.00

Total Due:       $510.00
Total Tendered:  $510.00
Change Amt:        $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."
```

Print This Page

User ID: 732454
Class ID: b06fdcf1-ca6a-40b7-92a3-b7959fb2b223
DMV License: TSS000024547

# Certificate of Completion

## LRS Systems, Ltd.

1900 East Sahara Ave.
Las Vegas, NV 89104

### Alcohol & Other Drugs (Substance Abuse)

This is to certify that

### Bret Bartak

has completed a Alcohol & Other Drugs (Substance Abuse) session and
has met the requirements for successful completion of this program.

*Completed on 05-09-2022 01:09:36 PM*

| | |
|---|---|
| Court: | United States District Cour |
| Case No.: | 2:21-mj-1038-bnw |
| Return to Court Date: | 2022-12-01 |

Frank Karr
LRS Systems, Ltd.

732454 b06fdcf1-ca6a-40b7-92a3-b7959fb2b223 05-09-2022 01:09:36 PM

**It is your responsibility to contact the court and provide or verify completion of this
course. This certificate can be used in most cases to verify completion and should be kept
with your records.**

5/20/22, 10:24 PM                                                          LRS Online Education - Diploma

Signature: _____

Bret Bartak

Date: 6/26/22

LRS Online Education - Diploma

Print This Page

User ID: 732454
Class ID: df3fd50e-930c-42d8-ae21-a4104b0f78ef
DMV License: TSS000024547

# Certificate of Completion

## LRS Systems, Ltd.

1900 East Sahara Ave.
Las Vegas, NV 89104

## Nevada DUI

This is to certify that

## Bret Bartak

has completed a Nevada DUI session and has met the requirements for successful completion of this program.

*Completed on 04-28-2022 10:41:07 PM*

| | |
|---|---|
| Court: | United States District Cour |
| Case No.: | 2:21-mj-1038-BNW |
| Return to Court Date: | 2022-12-01 |

Frank Karr
LRS Systems, Ltd.

732454 df3fd50e-930c-42d8-ae21-a4104b0f78ef 04-28-2022 10:41:07 PM

**It is your responsibility to contact the court and provide or verify completion of this course.** This certificate can be used in most cases to verify completion and should be kept with your records.

LRS Online Education - Diploma

Signature:

Bret Bartak

Date: 6/26/22

5/20/22, 10:22 PM                                    LRS Online Education - Diploma

Print This Page

User ID: 732454
Class ID: 9779c6aa-962d-4599-8478-123d1f0e9b8a
DMV License: TSS000024547

# Certificate of Completion

## LRS Systems, Ltd.
1900 East Sahara Ave.
Las Vegas, NV 89104

## Victim Impact Panel Online

This is to certify that

**Bret Bartak**

has completed a Victim Impact Panel Online session and has met the requirements for successful completion of this program.

*Completed on 05-06-2022 09:15:17 AM*

| | |
|---|---|
| Court: | United States District Cour |
| Case No.: | 2:21-mj-1038-bnw |
| Return to Court Date: | 2022-12-01 |

Frank Karr
LRS Systems, Ltd.

732454 9779c6aa-962d-4599-8478-123d1f0e9b8a 05-06-2022 09:15:17 AM

**It is your responsibility to contact the court and provide or verify completion of this course.** This certificate can be used in most cases to verify completion and should be kept with your records.

5/20/22, 10:22 PM                                              IRS Online Education - Diploma

Signature: _____

Bret Bartak

Date: _____6 /26/22_____